# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13-cv-01322-WJM-KMT

Allyson Soldani,

    Plaintiff/Movant,

Williams & Fudge, Inc.,

    Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Williams & Fudge, Inc. with prejudice and without costs to any party.

| Allyson Soldani | Williams & Fudge, Inc. |
|---|---|
| ___/s/ Lark Fogel_____ | ___/s/ Alan Greenberg_____ |
| Lark Fogel, Esq. [Bar No. 030383] | Alan Greenberg |
| Of Counsel to: | GREENBERG & SADA, PC |
| Lemberg & Associates, LLC | 770 W. Hampden Ave 227 |
| 1100 Summer Street, Third Floor | Englewood, CO 80110 |
| Stamford, CT 06905 | 303-781-3529 |
| Telephone: (303) 596-4838 | 303-783-2222 fax |
| lfogel@lemberglaw.com | Alan@greenberglegal.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

       I hereby certify that on March 11, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                    By _/s/ Lark Fogel_____
                                                        Lark Fogel, Esq.